IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERRICK M. WRIGHT,                          )
                                           )
                 Plaintiff,                )
                                           )
        v.                                 )    C.A. No. 23-200 (MN)
                                           )
EXPERIAN INFORMATION                       )
SOLUTIONS, INC., et al.,                   )
                                           )
                 Defendants.               )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 25th day of June 2026;

WHEREAS, on June 3, 2026, Magistrate Judge Tennyson issued a Report and Recommendation ("the Report") (D.I. 203) in this action recommending that the Court grant Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment (D.I. 184); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 203) is ADOPTED. Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment (D.I. 184) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Experian Information Solutions, Inc. and against Plaintiff Errick M. Wright and close this case.

_____
The Honorable Maryellen Noreika
United States District Court Judge